IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01036-LTB-MEH

WILLIAM G. RUDOLPH, M.D., an individual, and
PIKES PEAK CENTER FOR COLON & RECTAL SURGERY, P.C., a Colorado professional corporation,

      Plaintiffs,

v.

MEMORIAL HOSPITAL, an instrumentality of the City of Colorado Springs, Colorado, d/b/a Memorial Health System, d/b/a Memorial Hospital Corporation, a non-profit corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2008.**

      Defendant's unopposed Motion for Entry of [Stipulated] Protective Order [filed January 3, 2008; doc #19] is **granted**. The Stipulated Protective Order is filed contemporaneously herewith.