# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01036-LTB-MEH

WILLIAM G. RUDOLPH, M.D., an individual, and
PIKES PEAK CENTER FOR COLON & RECTAL SURGERY, P.C., a Colorado professional corporation,

      Plaintiffs,

v.

MEMORIAL HOSPITAL, an instrumentality of the City of Colorado Springs, Colorado, d/b/a MEMORIAL HEALTH SYSTEM, d/b/a MEMORIAL HOSPITAL CORPORATION, a non-profit corporation,

      Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 23 - filed March 7, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: March 10, 2008